■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUREL SMITH, Appellant. [824 NYS2d 910]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 4, 2004 (*People v Smith,* 11 AD3d 491 [2004]), affirming a judgment of the Supreme Court, Westchester County, rendered November 20, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELWORTH SMITH, Appellant. [824 NYS2d 912]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered June 21, 2005, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant validly waived his right to appeal (*see People v Ramos,* 7 NY3d 737, 738 [2006]; *People v Ciatto,* 290 AD2d 560, 560-562 [2002]). His plea of guilty and waiver foreclose appellate review of his challenge to the denial of that branch of his motion which was to suppress physical evidence (*see People v Wager,* 34 AD3d 505 [2006]). Miller, J.P., Crane, Lifson and Dillon, JJ., concur.